STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Diogenis C. Panagiotis
The Panagiotis Frim
1540 W. Pinhook Rd.
Lafayette LA 70503-3159

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **September 19, 2018**

**REHEARING ACTION: September 19, 2018**

**Docket Number: 18   00066-CW**

**TURBINE GENERATION SERVICES, LLC, ET AL.
VERSUS
GE OIL & GAS, INC., ET AL.
***consolidated with***
TURBINE POWERED TECHNOLOGY, LLC, ET AL.
VERSUS
GE OIL & GAS, INC., ET AL.**

**Writ Application from Lafayette Parish Case No. 2015-5661-F**

**<u>BEFORE JUDGES</u>:**

    **Hon. Ulysses Gene Thibodeaux
Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Shannon J. Gremillion
Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Turbine Powered Technology, LLC, et al** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.
    Perret, J., would grant the rehearing.

cc: John M. Duck, Counsel for the Applicant
    Mark Raymond Beebe, Counsel for the Applicant
    Louis Charles LaCour, Jr., Counsel for the Applicant
    Graham H. Williams, Counsel for the Applicant
    Homer Edward Barousse, Jr., Counsel for  the Respondent